IN THE MATTER OF THE PETITION OF ELLEN S. AUCH-
MUTY TO VACATE AN ASSESSMENT.

Where an order of Special Term, vacating an assessment for a local
improvement, is reversed by the General Term on the ground that the
assessment should be reduced not vacated, and the case is remitted to
the Special Term, that the assessment may be modified in conformity
with the principles laid down by the General Term, the order of Gen-
eral Term is not a final order; and so is not reviewable here.

(Argued December 9, 1879; decided December 16, 1879.)

THIS was an appeal from an order of General Term, revers-
ing an order of Special Term, which vacated an assessment
upon certain premises in the city of New York, for a local
improvement, and remitting the proceedings to the Special
Term, to be there modified in conformity with the opinion
delivered by the General Term. The opinion was to the
effect that the assessment should not have been vacated, but
should have been reduced in accordance with the principles
laid down therein. *Held* as above.

*Timothy F. Neville* for appellant.

*Francis Lynde Stetson* for respondent.

EARL, J., reads for dismissal of appeal.
All concur.
Appeal dismissed.